H. H. FILER, *et al.,* v. STATE, *ex rel.* ALFRED H. JACKSON.

167 So. 926.
Opinion Filed March 23, 1936.

*Peters & Kemp,* for Plaintiffs in Error;
*C. D. Blackwell,* for Defendant in Error.

Per Curiam.—The judgment herein awarding a peremptory writ of mandamus is affirmed on the authority of Board of Public Instruction v. State, *ex rel.* Tanger Investment Co., 121 Fla. 176, 163 So. 694; 121 Fla. 703, 164 So. 697.

Affirmed.

Whitfield, C. J., and Ellis, Terrell, Brown, Buford, and Davis, J. J., concur.